IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERBERT DAVIS,

    Petitioner,

vs.       CASE NO. 4:06cv559-SPM/WCS

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 5) dated January 3, 2007. Petitioner was furnished a copy and he has filed an objection (doc. 10) and a motion for certificate of appealability (doc. 11). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted and that no certificate of appealability should be issued.

In his objections, Petitioner argues that he is not required to obtain leave from the Court of Appeals to file a successive petition because his prior habeas petition was not adjudicated on the merits. It was adjudicated on the merits, however.

In the prior habeas petition, Petitioner challenged the same conditional

release decision that he challenges in this petition. Davis v. Florida Parole Commission, 4:04cv80-WS/WCS. The magistrate judge issued a lengthy Report and Recommendation (R&R). Doc. 7. The Court adopted the R&R, denied the petition, and entered judgment thereon. Docs. 7, 9, and 10.

In the R&R, the magistrate judge identified three problems with the petition. First, and most importantly, the petition failed to state a claim for relief because it did not allege a violation of Petitioner's rights under federal law (as opposed to rights under state law). Second, Petitioner did not raise any claims based on federal law in his state proceedings, and therefore failed to exhaust. Third, because Petitioner did not raise any federal claims in his state proceedings, he could not show that the state court's adjudication was contrary to federal law.

Among these three problems, the first was dispositive and resulted in a judgment on the merits. In the R&R, the magistrate judge explained that only violations of federal law can be grounds for relief under § 2254. Doc. 7 at p. 9. The magistrate judged acknowledged that "exhaustion of state remedies is required under § 2254" but noted that "if a federal claim is not presented then § 2254 is irrelevant." Id. The magistrate judge further quoted from § 2254(b)(2) that "an application for writ of habeas corpus may be denied on the merits, notwithstanding the failure of the applicant to exhaust the remedies available in the courts of the State." Id.

The judgment entered for Petitioner's failure to raise a claim for violation of his rights under federal law is a judgment on the merits.  See Plaut v. Spendthrift Farm, 514 U.S. 211, 228 (1995) (dismissal for failure to state a claim is a judgment on the merits).[1]  Because Petitioner's first petition was adjudicated on the merits, he was required to obtain leave from the Court of Appeals to file a successive petition.  Petitioner did not do so.  Accordingly, the successive petition must be summarily dismissed, in accordance with the magistrate judge's R&R (doc. 5) issued in this case.

The Court will not issue a certificate of appealability.  The need for Petitioner to obtain leave of court before filing a successive petition is a procedural requirement that is not debatable among reasonable jurists.  Slack v. McDaniel, 529 U.S. 473, 484 (2000) (When a petition is dismissed on procedural grounds, no certificate of appealability should issue unless "jurists of reason would find it debatable whether the district court was correct in its procedural ruling.").  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.	The report and recommendation (doc. 5) is adopted and

---

[1] See also Bailey v. Nagel, 172 F.3d 1299, 1305 (11th Cir. 1999) (treating summary disposition for failure to state a claim as a decision on the merits, although that decision was deemed an alternative ruling to a proper procedural bar); Davis v. Lambert, 388 F.3d 1052, 1058 (7th Cir. 2004) (claim that was dismissed for failure to state a claim was adjudicated on the merits, not procedurally defaulted).

CASE NO. 4:06cv559-SPM/WCS

incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is summarily dismissed. The dismissal is without prejudice to Petitioner's opportunity to refile after obtaining leave to file a successive petition from the Eleventh Circuit Court of Appeals.

3. The motion for certificate of appealability (doc. 11) is denied.

DONE AND ORDERED this 8th day of June, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge